# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| Malibu Media, LLC <br><br> vs. <br><br> John Doe | 3:19-cv-999 (VLB) |

## ORDER RETURNING SUBMISSION

Chambers received your submission; however, it is deficient in the area checked below:

(NOTE:   L.R. refers to the Local Rules, District of Connecticut)

1. ☐ L.R.5(c)
   - ☐ No certificate of service attached to document
   - ☐ Certificate of service fails to list names and addresses of all parties served
   - ☐ Certificate of service is not signed

2. ☐ L.R. CV 5(e)
   - ☐ Failure to submit document under seal
   - ☐ Sealing envelope not provided
   - ☐ Sealing envelope does not contain case information
   - ☐ Sealing envelope does not contain description of sealed document/motion

3. ☐ L.R.10
   - ☐ Failure to sign document (original signature)
   - ☐ Failure to double space
   - ☐ Margin is not free of printed matter
   - ☐ Left hand margin is not one inch;
   - ☐ Judge's initials do not appear after the case number
   - ☐ Docket number is missing
   - ☐ Failure to supply federal bar number

4. ☐ L.R. CR 57(b)5
   - ☐ Failure to submit document under seal
   - ☐ Sealing envelope not provided
   - ☐ Sealing envelope does not contain case information
   - ☐ Sealing envelope does not contain description of sealed document/motion

5. ☐ L.R.83.1(d)   Motion to admit pro hac vice must be made by local counsel or member of the bar of this Court.

6. ☒ Other:   This communication is being returned because it is an impermissible ex parte communication. All requests for court action must be filed as a motion on the public docket. Further impermissible attempts to communicate with the Court may result in sanctions.

The Clerk is hereby ordered to return the above document and to notify counsel of such action.

| September 16, 2020 | /s/ Vanessa L. Bryant |
|---|---|
| Date | United States District Judge |