UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN DOE,<br><br>    Defendant. | Civil Action No. 3:19-cv-00999-VLB<br><br>**PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS** |

### I.   INTRODUCTION

Plaintiff, Malibu Media, files this Opposition to Defendant's Motion to Dismiss (the "Motion") [CM/ECF 42]. Plaintiff's well pled Amended Complaint states a plausible claim for relief by alleging ownership of valid copyrights and copying of constituent elements of the works that are original. Plaintiff effectuated personal service of the Summons and Amended Complaint on Defendant on May 12, 2020. After more than twenty-one (21) days after personal service on Defendant, and Defendant not having answered or otherwise responded to the Amended Complaint, Plaintiff filed a Motion for Entry of Default on June 3, 2020. [CM/ECF 31]. On that same day, Defendant's Answer was filed [CM/ECF 32], which resulted in Plaintiff's Motion for Entry of Default being denied [CM/ECF 33]. Notably, Defendant, in his Answer, admitted to being a BitTorrent user and to downloading Plaintiff's copyrighted works [CM/ECF 32]. Thereafter, the Court scheduled a telephonic status conference between the parties for September 17, 2020 [CM/ECF 40]. Plaintiff's counsel attended the status conference but Defendant failed to appear. During the status conference, the Court advised Plaintiff to refile the Proposed Default Judgment, which it did on September 21, 2020 [CM/ECF 41]. Now, Defendant, after admitting to

infringing on Plaintiff's copyrights and failing to appear as ordered by the Court, now moves to dismiss the Amended Complaint citing no authority in support.

II.     ARGUMENT

### A. Plaintiff Has Pled a Valid and Cognizable Claim for Copyright Infringement

Plaintiff has properly pled a claim for copyright infringement that survives Rule 12(b)(6). A claim of copyright infringement has two elements: (1) ownership of a valid copyright; and (2) infringement of that copyright by the defendant. *American Broadcasting Companies, Inc. v. Flying J, Inc.*, 06 Civ. 2967 (DAB), 2007 U.S. Dist. LEXIS 13252 at *4 (S.D.N.Y. Feb. 22, 2007). Plaintiff has adequately pled both elements. First, Plaintiff owns certificates of registration from the Copyright Office in the copyrighted works at bar. The certificates "constitute prima facie evidence of the validity of the copyright and of the facts stated in the certificate." 17 U.S.C. § 410(c); *see Malibu Media, LLC v. Knight*, 2013 U.S. Dist. LEXIS 195893, *7 (M.D. Fla. May 9, 2013). Defendant's Motion has not called into question the validity of these certificates.

Second, Plaintiff sufficiently alleged copying of copyrightable elements. Plaintiff's Amended Complaint describes in detail Plaintiff's methods for discovering BitTorrent infringers as well as how it detects and records Defendant's infringement. (CM/ECF 26, at ¶¶ 11–26). The Amended Complaint ultimately concludes, "Defendant downloaded, copied, and distributed a complete copy of Plaintiff's works without authorization as enumerated on Exhibits A and B." *Id.* at ¶ 24. This level of information far surpasses the low bar set by *Iqbal* and *Twombly* for Rule 12(b)(6). *See e.g.*, *Malibu Media, LLC v. Doe*, 2013 U.S. Dist. LEXIS 99332, *9 (S.D.N.Y. July 16, 2013) (noting that Plaintiff's adequately pled a claim for copyright infringement.)

Seeing as Defendant has failed to defend this action in any meaningful way, and Plaintiff has adhered to this Court's guidance to refile its Motion for Default Judgment, this Court should

not allow Defendant additional time to drag out these proceedings any further, and most certainly should not grant Defendant's Motion to Dismiss. If Defendant truly has a desire to defend this action or work with Plaintiff to reach a settlement, Plaintiff is not opposed to a short time frame to do so, including a settlement conference with the Court.

### III.     CONCLUSION

For the aforesaid reasons, Plaintiff respectfully requests that this Court deny Defendant's Motion.

Dated: October 22, 2020                                                     Respectfully submitted,

By:    /s/ *Kevin T. Conway*
Kevin T. Conway, Esq. (30364)
7 Stokum Lane
New City, NY 10956
T: 845-352-0206
F: 845-352-0481
E-mail: ktcmalibu@gmail.com
*Attorney for Plaintiff*

### CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *Kevin T. Conway*