UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MALIBU MEDIA, LLC | : |
| | : |
| v. | :  NO. 3:19-cv-999-VLB |
| | : |
| JOHN DOE SUBSCRIBER | : |
| ASSIGNED IP ADDRESS 73.68.50.91 | : |

## JUDGMENT

This action having come before the Court on plaintiff's Amended Complaint before the Honorable Vanessa L. Bryant, Senior United States District Judge; and

The Court having considered the full record of the case including applicable principles of law, finding defendant James Clairmont admitted liability for copyright infringement under the Copyright Act, and having issued a Judgment and Permanent Injunction Against James Clairmont, an individual residing at 11 North Street, Ansonia, CT 06401; it is hereby

ORDERED, ADJUDGED and DECREED that, consistent with the Court's order, judgment be and is hereby entered and defendant:

a) shall pay to plaintiff the sum of $9,000.00 in statutory damages, as authorized under 17 U.S.C. § 504(c)(1), and $475.00 costs, as authorized under 17 U.S.C. § 505, making a total of $9,475.00 for which let execution issue forthwith;

b) be and hereby is enjoined from directly, contributorily or indirectly infringing plaintiff's rights under federal or state law in the Works, including, without limitation, by using the internet, BitTorrent or any other online media

EOD: 8-4-2021

distribution system to reproduce (e.g., download) or distribute the Works, or to make the Works available for distribution to the public, except pursuant to a lawful license or with the express authority or plaintiff; and

    c) be and is hereby ordered to destroy all copies of plaintiff's works that the defendant has downloaded onto any computer hard drive or server without plaintiff's authorization, and shall destroy all copies of the Works transferred onto any physical medium or device in defendant's possession, custody, or control.

    Dated at Hartford, Connecticut, this 4th day of August, 2021.

    ROBIN D. TABORA, Clerk

    By   /S/ Jeremy J. Shafer
          Jeremy Shafer
          Deputy Clerk